**FILED & ENTERED**

**SEP 06 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** gooch      **DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>JEAN BARANOWSKI,<br><br>　　　　　Debtor. | Case No.: 6:23-bk-13914-WJ<br><br>CHAPTER 13<br><br>**ORDER DENYING MOTION TO IMPOSE OR CONTINUE THE AUTOMATIC STAY**<br><br>Hearing:<br>Date:　　September 6, 2023<br>Time:　　2:30 p.m.<br>Crtrm.:　　304 |

1  On September 6, 2023 at 2:30 p.m., the Court held a hearing regarding the motion of the debtor, Jean Bananowski, entitled "Amended Notice of Motion and Motion in Individual Case for Order Imposing a Stay or Continuing the Automatic Stay as the Court Deems Appropriate" [docket #21]. All appearances were noted on the record.

Accordingly, the Court hereby ORDERS as follows:

1. The motion is denied for the reasons stated on the record.

IT IS SO ORDERED.

###

Date: September 6, 2023

_____
Wayne Johnson
United States Bankruptcy Judge