Jean Baranowski
78365 Highway 111 123
La Quinta, CA 92253
760-333-7499



**FILED**

NOV 13 2023

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

**DEBTOR IN PRO SE**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

IN RE:

Baranowski, Jean

Case No.: 6:23-bk-13914-WJ

Chapter 13

DEBTORS MOTION FOR ORDER TO VACATE
DISMISSAL OF CASE 6:23-BK-13914-WJ ON
11/8/2023

### DEBTORS MOTION FOR ORDER TO VACATE DISMISSAL OF CASE 6:23-BK-13914-WJ ON 11/8/2023

I Jean Baranowski Declaration hereby declare

I want to thank the court for the understanding and the opportunity to file four bankruptcy's in the last four months As brought before the court, it was not possible to find attorneys to take on the case as they said it was not easy to do a chapter 13 in Riverside. Attorney Bones of Sacramento district was gracious to take on my case and thanks to the support desk that helped Mr Bones work through the Judge procedures unknown to Mr. Bones. Having had these unfortunate setback with my attorney I am filing this docket Pro Per

October 4, 2023 two meetings were scheduled on the same day one after each other.The Creditors meeting 341 (a) was scheduled for 9.00 am and the motion for order imposing automatic stay (docent #33) scheduled date September 26, 2023 entered 9-13-23 continued to 1-29-24 at 10..30 am Room 304. Then days later re scheduled to 10/4/2023 causing confusion and unfair to the debtor with the result debtors home was wrongfully foreclosed thereafter, and In addition as of September 8, thru to the month of October Baranowski had a Family medical emergency and at the same time having to address issues related to this case at the state level

The Trustees motion to dismiss should not be granted. The trustee deadline dismissal filed around noon 10/4 with the court was incomplete and misleading

DEBTORS MOTION FOR ORDER EXTENDING TIME TO FILE SCHEDULES, STATEMENT OF FINANCIAL AFFAIRS AND PLAN

-1-

At the creditors meeting Baranowski requested a continuance. The extensive list of deficiencies not filed with the trustee for the 341a hearing as outlined in her motion to dismiss, financial documents required to file and those prior to deadlines were meaningless inaccurate and imposable to support required proof of income to sustain trustee claims plan payments of $10,100 per month,

The continuance requested was to have errors corrected and file a true and accurate financial information as required by Law

**First**: A dismissal cannot be approved when a Trustee submits incorrect information to the court and acknowledges her errors.

**Secondly**: Purpose for the tax return is to verify income to substantiate plan payments each year not any tax return trustee was wanting to accept at the creditors meeting. It is therefore imperative and required by the Debtor to submit accurate tax returns to the court this was not possible to file . Unless prior years tax issues are dealt with corrected and resolved by the IRS and state.EXHIBIT 1 tax returns can never be filed accurately with the court For the IRS and state to accept fraudulent returns is in comprehensible and has a detrimental effect on the tax payer Social Security advised as ID numbers were compromised due to victims of identity theft this must be rectified.

**Thirdly**: Debtor made mortgage payments. While Debtors house was on the market for sale.PHH Mortgage wanted debtor to keep her home instead of a shortsale requested, PHHMortgage reorganized debtors payments with my next payment due November while the second refused a short sale fearlessly instead driven to foreclosed on debtors house did so 10/10/2023 while Debtor was still in Bankruptcy .

**Fourthly**: It was impossible to file a secured debt payment declaration with proof of payments attached to secure $10,100 monthly payments. If creditors submitted their claims 30days prior to the meeting with supporting documents for review and verification made the corrections rectified the Trustees wrong figures a secured debt payment declaration with proof of payments attached could be filed correctly and in a timely manner.

**Fifth**: Income from all sources not filed. With a $10,100 monthly payment income from all sources filed could not sustain $10,100 payment

Errors by the trustee, creditors and others must be corrected

As outlined, for these reason the Trustees dismissal demand must be denied

Debtor request an oral hearing.

     **WHEREFORE,** The Debtor's respectfully request that the Court enter an Order vacating the dismissal of bankruptcy Case..

              Respectfully Submitted,

Dated:  11/13/2023     By: _Jean Baranowski_____
             Jean Baranowski, Debtor in Pro Se

DEBTORS MOTION FOR ORDER EXTENDING TIME TO FILE SCHEDULES, STATEMENT OF FINANCIAL AFFAIRS AND PLAN

PROOF OF SERVICE

I am over the age of 18 and not a party to this action. I am a resident of or employed in the county where the mailing occurred; my business/residence address is: 6085 ropewalk riverside, ca 92505

On 11/13/2023 I served the foregoing document(s) described as: DEBTORS MOTION FOR ORDER DEBTORS MOTION FOR ORDER TO VACATE DISMISSAL OF CASE 6:23-BK-13914-WJ ON 11/8/2023 AND ORDER to the following parties:

**Rod Danielson (TR)**
3787 University Avenue
Riverside, CA 92501

**Abundant Investments, LLC**
ZBS Law, LLP
30 Corporate Park, Suite 450

**Deutsche Bank National Trust Company**
Robertson, Anschutz, Schneid, Crane
13010 Morris Road, Suite 450
Alpharetta, GA 30004

[X] (By U.S. Mail) I deposited such envelope in the mail at Riverside, California with postage thereon fully prepaid. I am aware that on motion of the party served, service is presumed in valid in postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[] (By Personal Service) I caused such envelope to be delivered by hand via messenger service to the address above;

[ ] (By Facsimile) I served a true and correct copy by facsimile during regular business hours to the number(s) listed above. Said transmission was reported complete and without error.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated:   11/13/2023                          By:_____
                                                              Dany Aranda

DEBTORS MOTION FOR ORDER EXTENDING TIME TO FILE SCHEDULES, STATEMENT OF FINANCIAL AFFAIRS AND PLAN