FILED & ENTERED

FEB 26 2024

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Mason    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

In re:

JEAN BARANOWSKI,

                Debtor.

Case No.: 6:23-bk-13914-WJ

CHAPTER 13

**ORDER**

- 1 -

On September 13, 2023, the Court entered a scheduling order in this case [docket #36] and, pursuant to the order, Rod Danielson, the chapter 13 trustee, filed on October 4, 2023 a motion to dismiss this case [docket #43].  On October 13, 2023, the debtor, Jean Baranowski, filed opposition to the motion to dismiss [docket #48].  On November 8, 2023, the Court entered a order granting the motion and dismissing the case along with a memorandum of decision containing its findings of fact and conclusions of law regarding the motion.  See Docket #50 & 51.  On November 13, 2023, the debtor filed a motion to vacate the dismissal order [docket #56] ("Motion to Vacate"). The chapter 13 trustee has filed opposition to the Motion to Vacate [docket #58] but the debtor has not filed a response.

Accordingly, the Court hereby ORDERS:

1.    For the reasons stated by the Trustee in his opposition and for the reasons stated in the memorandum of decision dismissing this case, the Motion to Vacate is denied.

IT IS SO ORDERED.

###

Date: February 26, 2024

_____

Wayne Johnson
United States Bankruptcy Judge

- 2 -